| | | | |
|---|---|---|---|
| Com. v. Carter ..... | 03/30/2016369 WAL (2015) | Denied | Pa.Super., 131 A.3d 93 |
| Com. v. Cary [3] ...... | 03/23/2016938 MAL (2015) | Denied | Pa.Super., 134 A.3d 491 |
| Com. v. Cloward ... | 03/23/2016883 MAL (2015) | Denied | Pa.Super., 134 A.3d 105 |
| Com. v. Cohen [4] .... | 03/23/2016476 WAL (2015) | Denied | Pa.Super., 134 A.3d 487 |
| Com. v. Collier [5] .... | 03/24/2016931 MAL (2015) | Denied | Pa.Super., 134 A.3d 484 |
| Com. v. Corley ..... | 03/30/2016643 EAL (2015) | Denied | Pa.Super., 134 A.3d 104 |
| Com. v. Curley ..... | 03/30/2016918 MAL (2015) | Denied | Pa.Super., 122 A.3d 1128 |
| Com. v. Demmitt ... | 03/23/2016901 MAL (2015) | Denied | Pa.Super., 134 A.3d 479 |
| Com. v. Dennerlein [6] | 03/24/2016494 WAL (2015) | Denied | Pa.Super., 134 A.3d 494 |
| Com. v. Dunn [7] ..... | 03/23/2016903 MAL (2015) | Denied | Pa.Super., 134 A.3d 101 |
| Com. v. Dupriest ... | 03/30/2016664 EAL (2015) | Denied | Pa.Super., 134 A.3d 481 |
| Com. v. Easter ..... | 03/23/2016701 EAL (2015) | Denied | Pa.Super., 134 A.3d 481 |

3. Justice DONOHUE did not participate in the consideration or decision of this matter.

4. Justice WECHT did not participate in the consideration or decision of this matter.

5. Justice WECHT did not participate in the consideration or decision of this matter.

6. Justice WECHT did not participate in the consideration or decision of this matter.

7. Justice DONOHUE did not participate in the consideration or decision of this matter.